Emergency Motion For Leave To File Petition For Writ of Habeas Corpus-2254

Shomefun, Oluwaseun
Tarrant County Jail
2500 Urban Drive,
Fort Worth, Tx. 76106.

**FILED**
**July 27, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

4-23CV-785-O

Shomefun, Oluwaseun ) Case #
V.
Tarrant County Sheriffs; ) Detained
Tarrant County Bail Bonds; )
AAA Bail Bonds;
City of Tarrant County;
Immigration and Customs Enforcements (ICE); and
Lasalle Corrections.

Presiding Judge Reed O'Conner: 28 U.S.C. §1983 Civil Proceeding
Emergency Motion For Leave To File Petition For Writ of Habeas Corpus-2254

## Emergency Motion For Leave To File Petition For Writ of Habeas Corpus - 2254

In order not to abuse the judicial system, process and/or procedure by filing a new lawsuit, I am pleading that these court grant me leave to file a petition for "Writ of Habeas Corpus - 2254". Filing an habeas petition will be an extention of the original complaint I already have with these court (42 U.S.C.A §1983) which is more or less in detail of the events that have preceded that as now led to my need as soon as possible file a "writ of habeas corpus -2254" and the defendants are the same for the intended motion, therefore a new lawsuit demanding an Habeas may render it redundant/unnecessary.

I filled a civil lawsuit 42 U.S.C.A §1983 with these court May 2023 while in federal Immigration detention with no intention of filing a "writ of habeas corpus -2254" but on June 27th 2023 around 3pm I was yet again transferred to the custody of the Tarrant county sheriff in yet another intentionally wrong/false claim of my violating bond requirement of not showing to court, which yet again is incorrect because Tarrant county and its sheriffs on two occasions voluntarily transferred my custody to Immigration and Customs Enforcement (ICE) after paying $750 and later $3,000.00 in bonds on or around Oct. 3rd 2022 and March 5th 2023 respectively. I have yet another bond which is even higher in the amount of $5,000.00 (for a misdemeanor DWI charge which originally was set at $750.00) which I am unable to afford these time due to yet again for the third time for the same crime an immigration detainer

1

put on my arrest profile violating my constitutional rights which I have stated in my original complaint especially the 8th and 14th Amendments.

The events that had occured and still ongoing happened in the courts jurisdiction, an Immigration and Customs Enforcement (ICE) facility managed by Lasalle corrections belonging to a federal agency and also the county of Tarrant, the immigration detainer on my Tarrant county arrest profile (also available on the internet) shows an immigration detainer which prevents me from using the bail bond set by the criminal court with the only option is paying $5,000.00 cash which I am unable to afford. If it will please these honorable court to grant me leave to present a motion for "writ of habeas corpus - 2254", though I am fully aware that my case with these court is still ongoing an "initial screening" but my alternative will be to file a new lawsuit on the same defendants as I have been in alternating detention between the said defendants for 10 months and counting.

Respectfully Submitted,

[signature]

Shomefun, Oluwaseun
(A204586113/099093)

07/20/2023

The Clerks Office,
U.S. District Court,
501 West 10th street, Room 310,
Fort Worth, Tx. 76102

To Whom It May Concern

Dear Sir/Ma,
1. I would like to inform your office of my address change:
   Old: Prairieland Detention Center (PDC)
   1209 Sunflower LN, Alvarado, TX. 76009.
   New: Tarrant County jail (Green Bay Unit)
   2500 Urban Drive, Fort Worth TX. 76106.
2. The last correspondance I received from the court is dated May 11th 2023 with a decision about "motion for appointment of counsel" and I have not received anything else before and after I was transferred to this new facility on June 27th 2023. If there have been updates to my case, kindly forward to the new address listed above.
3. The enclosed document is a 3 page motion on my pending civil lawsuit, case # unknown at the time of sending this mail due to my inability of my current detaining facility to allow me access of any of my property, even court document(s) or phone numbers, nor am I able to make outgoing calls except its paid for by the recipient of the call, but my case was assigned to Judge Reed O'Connor early May, 2023.

Yours,
Shomeyemi
Shomefun, Oluwasemi

From: Shomefun, Oluwasean (0999093)
2500 Urban Drive,
Fort Worth, TX 76106.

NORTH TEXAS TX P&DC
DALLAS TX 750
24 JUL 2023  PM 2  L



To: The Clerks Office
U.S. District Court
501 West 10th street
Room 310 Fort Worth TX. 76102

RECEIVED
JUL 27 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102-364185

